ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: robert.freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
Email: priscilla.obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA SKINNER, individually,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GEICO CASUALTY COMPANY dba GEICO CASUALTY INSURANCE COMPANY; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:18-cv-01696<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 10 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4831-3409-0360.1

Plaintiff and GEICO CASUALTY INSURANCE COMPANY ("GEICO"), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action against GEICO shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 2 day of October, 2018          DATED this 23rd day of October, 2018

LEWIS BRISBOIS BISGAARD & SMITH          CLARK MCCOURT

ROBERT W. FREEMAN, ESQ.                   BRIAN P. CLARK, ESQ.
Nevada Bar No. 003062                     Nevada Bar No. 04236
PRISCILLA L. O'BRIANT, ESQ.               LUKAS B. MCCOURT, ESQ.
Nevada Bar No. 10171                      Nevada Bar No. 11839
6385 S. Rainbow Boulevard, Suite 600      7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89118                   Las Vegas, NV 89128
*Attorneys for Defendant*                 *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 25, 2018

LEWIS
BRISBOIS